# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DONNA L. MEANOR, AS EXECUTOR OF THE ESTATE OF ROBERT WAGNER, SR., DECEASED; FAIRMAN DRILLING COMPANY; ALAN R. FAIRMAN; SANDRA R. FAIRMAN; RONALD R. FAIRMAN; BEVERLY A. FAIRMAN; RICHARD M. FAIRMAN; GARY D. FAIRMAN; FRANK G. FAIRMAN; TERRY L. FAIRMAN; WILLIAM WOOD AND BETTY WOOD, HIS WIFE; DOLORES M. WAGNER; DOLORES J. WAGNER; COUNTY-WIDE REAL ESTATE COMPANY, INC.; B. LEONARD BRODY; PATRICK F. MCCARTHY; E. JAMES TRIMARCHI; DAVID R. TOMB; WAGNER AND WAGNER; JAMES CARSON AND SUSAN CARSON, HIS WIFE

       v.

PEOPLES NATURAL GAS COMPANY, LLC, AS SUCCESSOR BY MERGER TO EQUITABLE GAS COMPANY, A DIVISION OF THE FORMER EQUITABLE RESOURCES, INC.

PETITION OF: ROBERT A. WAGNER

No. 149 WAL 2019

Cross Petition for Allowance of Appeal from the Order of the Superior Court

---

DONNA L. MEANOR, AS EXECUTOR OF THE ESTATE OF ROBERT WAGNER, SR., DECEASED; FAIRMAN DRILLING COMPANY; ALAN R. FAIRMAN; SANDRA R. FAIRMAN; RONALD R. FAIRMAN; BEVERLY A. FAIRMAN; RICHARD M. FAIRMAN; GARY D. FAIRMAN; FRANK G. FAIRMAN;TERRY L. FAIRMAN; WILLIAM WOOD AND BETTY WOOD, HIS WIFE; DOLORES M. WAGNER; DOLORES J. WAGNER; COUNTY-WIDE

No. 150 WAL 2019

Cross Petition for Allowance of Appeal from the Order of the Superior Court

REAL ESTATE COMPANY, INC.; B.
LEONARD BRODY; PATRICK F.
MCCARTHY; E. JAMES TRIMARCHI;
DAVID R. TOMB; WAGNER AND
WAGNER; JAMES CARSON AND
SUSAN CARSON, HIS WIFE

        v.

PEOPLES NATURAL GAS COMPANY,
LLC, SUCCESSOR BY MERGER TO
EQUITABLE GAS COMPANY, LLC F/K/A
EQUITABLE GAS COMPANY, A
DIVISION OF THE FORMER EQUITABLE
RESOURCES, INC.

PETITION OF: ROBERT A. WAGNER

        :
        :
        :
        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2019, the Cross Petition for Allowance of Appeal is **DENIED**.